IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER FITZGERALD RHYNES,** | CIV S-07-0433 LKK GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **IVAN CLAY, Warden,** | |
| Respondent. | |

Good cause appearing, it is hereby ordered that Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before August 10, 2007.

Dated: 7/9/07                             /s/ Gregory G. Hollows
                                          _____
                                          The Honorable Gregory G. Hollows

rhyn0433.po

[Proposed] Order

1