IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER FITZGERALD RHYNES,** | CIV S-07-0433 LKK GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **IVAN CLAY, Warden,** | |
| Respondent. | |

    Good cause appearing, it is hereby ordered the Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before September 9, 2007.

Dated: 8/13/07

                                  /s/ Gregory G. Hollows
                                  _____
                                  The Honorable Gregory G. Hollows

rhyn0433.po2

[Proposed] Order

1